JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EREDIRA J., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-07041-FWS-DFM <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED, for the reasons set forth in the Report and Recommendation, that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and this Action is **DISMISSED WITH PREJUDICE**.

Date: January 30, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE